SEALED

# UNITED STATES DISTRICT COURT
### for the
### Western District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>Jerome Tyler LOTTIER<br><br>*Defendant(s)* | Case No. 7:16 mj 69 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __03/03/2016 and 05/25/2016__ in the county of __Roanoke City__ in the __Western__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C., Section 841(a)(1) | Possession with Intent to Distribute Heroin |
| 18 U.S.C., Section 924(c) | Possession of a Firearm in the Furtherance of a Federal Drug Trafficking Crime |
| 18 U.S.C., Section 922(g)(1) | Possession of a Firearm by a Convicted Felon |

This criminal complaint is based on these facts:

See Attached.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Task Force Officer Travis Reed
*Printed name and title*

Sworn to before me and signed in my presence.

Date: May 26, 2016

_____
*Judge's signature*

City and state: Roanoke, VA

United States Magistrate Judge Robert Ballou
*Printed name and title*

# Affidavit

I, Travis Reed, being duly sworn, dispose and state the following:

I am a Task Force Officer with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Roanoke Field Office, Western District of Virginia, an entity of the U.S. Department of Justice, and have been so employed since December 2014. As an ATF Task Force Officer, I am charged with investigating violations of Federal firearms, narcotics, arson and explosive laws. I am employed as a sworn Police Officer with the Roanoke Police Department, and have been so since September 1999. As a Roanoke Police Officer I have previously been assigned to the Patrol Division, Forensic Services Unit and the Narcotics and Organized Crime Unit as a Detective. I am also cross designated as a Task Force Officer assigned to the U.S. Marshals Service. I have conducted and participated in numerous investigations; including surveillance, search and seizure, effecting arrests and implementing the use of Confidential Sources (CS). During this time I have applied for and executed numerous state search and arrest warrants.

As a result of my training and experience as an ATF Task Force Officer, I am familiar with Federal criminal laws and know that it is a violation of:

| | |
|---|---|
| 21 U.S.C., Section 841(a)(1) | Possession with Intent to Distribute Heroin |
| 18 U.S.C., Section 924(c) | Possession of a Firearm in Furtherance of a Federal Drug Trafficking Crime |
| 18 U.S.C., Section 922(g)(1) | Possession of a Firearm by a Convicted Felon |

The information contained in this affidavit is based on my knowledge of this investigation and other facts provided to me by officers of the Roanoke Police Department. I have not included all facts of this investigation in this affidavit, but only enough to establish probable cause.

1. On 03/03/2016 Roanoke Police Department (RPD) Community Response Team (CRT) officers were conducting a drug investigation on a residence located at 604 Stewart Ave SE, Roanoke VA, located in the Western District of Virginia. Two traffic stops had previously been made on vehicles leaving the residence and a quantity of heroin had been recovered from both vehicles. The persons stopped in those vehicles identified Jerome LOTTIER (B/M, DOB████ 1966, FBI# 117158HA5) as the person they had purchased the quantities of heroin from.

2. While conducting surveillance on the residence, LOTTIER was observed exiting the residence and getting into a silver Toyota Camry, VA tag#89560R. LOTTIER was observed pulling over at 7th St SE and Tazewell Ave SE. CRT officers stopped with LOTTIER to speak with him about a possible consent search of his residence. When LOTTIER stepped from the vehicle to speak to officers, RDP Officer Maddy observed what he believed to be a brick of heroin in the cup holder. Officers then asked LOTTIER if he had anything else on him and he indicated to his right pants pocket where RPD officers recovered an Altoids can containing glassine packets and suspected heroin. RPD Officer Bridges then obtained a state search warrant for LOTTIER's residence at 604 Stewart Ave SE.

3. The search warrant was executed at the residence and the following items were recovered pertaining to the above charges:

1. 150 dosages of Heroin (field tested positive for the presence of heroin)
   2. Narcotics packaging materials
   3. Digital scales
   4. Sig Sauer, model P938, 9mm semi-automatic pistol, S/N 52A023889 *found in a safe with suspected heroin*
   5. $3280.00 in U.S. Currency

4. LOTTIER was advised of his constitutional rights per Miranda and made statements against his penal interest in reference to his distribution of narcotics and the firearm.

5. On 05/25/2016, RPD Officer Bridges observed LOTTIER in the downtown area of Roanoke VA operating a silver Toyota Camry that Ofc. Bridges knew LOTTIER to operate. Ofc. Bridges knew LOTTIER to have a revoked driver's license. RPD Officer Johnson attempted to stop LOTTIER. After turning on his emergency lights, LOTTIER, failed to stop for Ofc. Johnson and traveled several blocks and finally stopped in front of his residence at 604 Stewart Ave SE. LOTTIER was initially placed in handcuffs for failing to stop for Ofc. Johnson but they were removed upon Ofc. Bridges arrived. LOTTIER consented to officers to have his person searched but refused a search of his vehicle. LOTTIER then leaned over to Ofc. Bridges and made a spontaneous utterance that there was a firearm in the vehicle. Ofc. Bridges knew LOTTIER to be a convicted felon. Officers then searched LOTTIER's vehicle and located a loaded Sig Sauer, model P226, 9mm semi-automatic pistol, S/N UU772264 under the driver's seat. Ofc. Johnson also located a loaded Glock, model 27, .40cal semi-automatic pistol, S/N WYU900 in the map pocket on the back side of the passenger seat of the vehicle.

6. LOTTIER was arrested per a Federal Criminal Complaint and remanded to the Roanoke City Jail.

7. A query of LOTTIERs NCIC record (FBI# 117158HA5) revealed a felony conviction to include:

| **Offense** | **Date of Conviction** |
| --- | --- |
| Hit & Run-Personal Injury, Attended Property | 02/12/2002 |

8. On 05/25/2016, Special Agent and Interstate Nexus Expert Keith Teehan were advised the make, model and caliber of the above listed firearms and determined they were firearms and both have moved in interstate commerce.

9. The aforementioned violations took place in the City of Roanoke, in the Western District of Virginia.

The facts and information contained in this affidavit are based upon personal knowledge as well as information obtained from other law enforcement officers involved in this investigation. I am

thoroughly familiar with the information contained in this affidavit through personal exposure to the records, reports and discussions with other law enforcement personnel. The facts compromising the basis for this affidavit are true and correct, to the best of my knowledge.

_____
ATF-TFO Travis Reed

Sworn and Scribed to
Before me this 26 day of May, 2016

_____
Robert S. Ballou
United States Magistrate Judge